IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KY C. QUAN, | * | |
| Plaintiff, | * | |
| | | Civil No. TDC-18-3397 |
| v. | * | |
| TAB GHA F&B, INC. *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \*

**REPORT AND RECOMMENDATION**

As set forth in the accompanying Memorandum Opinion, I recommend that default judgment be entered against Defendant TAB GHA F&B, Inc. as to liability as a sanction for its violation of the Court's previous discovery order. Fed. R. Civ. P. 37(b)(2); 72(b)(1). If the Court adopts this Report and Recommendation, I also recommend that the matter be referred back to me for a report and recommendation on damages.

Objections to this Report and Recommendation must be served and filed within fourteen (14) days, pursuant to Fed. R. Civ. P. 72(b) and Local Rule 301.5(b).

April 26, 2021　　　　　　　　　　　　　　　　　　／s／
Date　　　　　　　　　　　　　　　　　　　　　　Timothy J. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge